```
                                          ___FILED    ___ENTERED
                                          ___LODGED   ___RECEIVED

                                     SA    JAN 22 2007

                                              AT SEATTLE
                                         CLERK U.S. DISTRICT COURT
                                       WESTERN DISTRICT OF WASHINGTON
                                     BY                        DEPUTY
```

06-CV-01143-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EFREN LOPEZ-GAMBOA,

Petitioner,

v.

MAGGIE MILLER-STOUT,

Respondent.

No. C06-1143-TSZ

ORDER DENYING
CERTIFICATE OF
APPEALABILITY

The Court DENIES Petitioner Efren Lopez-Gamboa's Motion for Certificate of Appealability. See Notice of Appeal, docket no. 18. The Petition for Writ of Habeas Corpus was a second or successive petition dismissed pursuant to 28 U.S.C. § 2244(b). Petitioner has failed to make a showing of the denial of a constitutional right warranting the issuance of a certificate of appealability. See 28 U.S.C. § 2253.

IT IS SO ORDERED.

DATED this 19 day of January, 2007.

Thomas S. Zilly
United States District Judge

ORDER 1-